IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SCOTTY POLK                                                                                           PLAINTIFF

VS.                                    CASE NO. 4:14-CV-4114

DEQUEEN AND EASTERN
RAILROAD, LLC                                                                                      DEFENDANT

## ORDER

      Before the Court is the parties' Joint Motion to Dismiss. (ECF No. 22). It has been reported to the Court that the within matter has been fully settled and compromised by the parties. Accordingly, the Motion is **GRANTED**, and Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order. The Court shall retain jurisdiction over the terms of the settlement agreement.

      **IT IS SO ORDERED**, this 15th day of May, 2015.

      /s/ Susan O. Hickey
      Susan O. Hickey
      United States District Judge